| PROB 22 (TXN Rev. 5/05) | TRANSFER OF JURISDICTION | | CASE NUMBER(TRANS.COURT) 4:02-CR-051-Y(01) |
|---|---|---|---|
| | | | CASE NUMBER (REC.COURT) |
| NAME OF PROBATIONER/SUPERVISED RELEASEE Douglas Edward Allen | DISTRICT Northern District of Texas | | DIVISION Fort Worth |
| | NAME OF SENTENCING JUDGE U.S. District Judge Terry R. Means | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 30, 2008 | TO January 29, 2011 |

OFFENSE
Bank Robbery, a violation of 18 USC § 2113(a), a Class C felony.

**RECEIVED**
APR 07 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the U.S. District Court for the **Northern District of Illinois** upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

_3-31-08_
Date

_Terry R. Means_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **Northern** DISTRICT OF **Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JUDGE JOHN W DARRAH

**FILED**
APR 14 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 14 2008
Effective Date

08CR 305

MAGISTRATE JUDGE SCHENKIER

_James F. Holderman_
U.S. District Judge