**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

Fort Worth Division

Apr 29, 2008

F I L E D

APR 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

08 cr 305

**SUBJECT:** Transfer of Probation Jurisdiction for Douglas Edward Allen  Ft Worth Case # 4:02-cr-51.

Dear  Clerk

Pursuant to the Transfer of Jurisdiction of the above named defendant          Douglas Edward Allen                            ,

to the      Northern District of Illinois      , please find the enclosed certified copies of the following:

    1. Transfer of Jurisdiction
    2. Indictment
    3. Judgment and Commitment Order
    4. Docket Entries

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope also provided.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

/s/ Wm. Barnes
*(By) Deputy Clerk*

Enclosures   Financial ledger enclosed

| PROB 22<br>(TXN Rev. 5/05) | | | CASE<br>NUMBER(TRANS.COURT)<br>4:02-CR-051-Y(01) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | CASE NUMBER (REC.COURT) |

| NAME OF PROBATIONER/SUPERVISED RELEASEE<br><br>Douglas Edward Allen | DISTRICT<br>Northern District of Texas | | DIVISION<br>Fort Worth |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>U.S. District Judge Terry R. Means | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>January 30, 2008 | TO<br>January 29, 2011 |

OFFENSE
Bank Robbery, a violation of 18 USC § 2113(a), a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Northern** DISTRICT OF **Texas**

RECEIVED
APR 07 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this court to the U.S. District Court for the Northern District of Illinois upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

| 3-31-08<br>Date | Terry R. Means<br>U.S. District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring court.

NORTHERN DISTRICT OF TEXAS
FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**PART 2 - ORDER ACCEPTING JURISDICTION**

U.S. DISTRICT COURT FOR THE Northern DISTRICT OF Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JUDGE JOHN W DARRAH

08CR    305

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE SCHENKIER

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 4-17-08

| ____2008<br>Effective Date | James F. Holderman<br>U.S. District Judge |
|---|---|

Certified a true copy of an instrument on file in my office on 4/29/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

CLOSED

# U.S. District Court
## Northern District of Texas (Fort Worth)
### CRIMINAL DOCKET FOR CASE #: 4:02-cr-00051 All Defendants
### Internal Use Only

Case title: USA v. Allen

Date Filed: 04/17/2002
Date Terminated: 11/04/2002

Assigned to: Judge Terry R Means

**Defendant (1)**

**Douglas Edward Allen**
*TERMINATED: 11/04/2002*

represented by **Douglas Edward Allen**
BOP No 27203-177
FCI Pekin
PO Box 5000
Pekin, IL 61555-5000
PRO SE

**Christopher A Curtis**
Federal Public Defender - Fort Worth
819 Taylor St
Room 9A10
Fort Worth, TX 76102
817/978-2753
Fax: 817/978-2757 FAX
Email: chris_curtis@fd.org
*TERMINATED: 09/06/2002*
*Designation: Public Defender or*
*Community Defender Appointment*

**Kenneth W Mullen**
Law Offices of Kenneth W Mullen
101 Summit Ave
Suite 410-E
Fort Worth, TX 76102
817/882-9007
Fax: 817/332-1293 FAX
Email: knmmullen@sbcglobal.net
*TERMINATED: 11/04/2002*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

Certified a true copy of an instrument
on file in my office on 4/29/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

. 18:2113A.F BANK ROBBERY
(1)

Pled guilty- committed to BOP 60 months

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113A.F BANK ROBBERY (2) | Dismissed by govt |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA
*TERMINATED: 11/04/2002*

represented by **Reed C O'Connor**
US Attorney's Office
Burnett Plaza
801 Cherry St
Suite 1700
Fort Worth, TX 76102-6882
817/252-5200
Fax: 817/978-6381 FAX
*TERMINATED: 11/04/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2002 | 1 | INDICTMENT as to Douglas Edward Allen (1) count(s) 1-2 (3pg) (wrb) (Entered: 04/18/2002) |
| 04/17/2002 | | (Court only) **Added Government Attorney Reed C O'Connor (wrb) (Entered: 04/18/2002) |
| 04/23/2002 | 2 | APPLICATION FOR WRIT OF HABEAS CORPUS AND ORDER as to Douglas Edward Allen for writ of habeas corpus Ad testificandum on Apr 29 2002 @2pm. cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 04/23/2002) |
| 04/23/2002 | 2 | WRIT of Habeas Corpus ad Testificandum issued for Douglas Edward Allen for Apr 29 2002 2pm in case as to Douglas Edward Allen (wrb) (Entered: 04/23/2002) |
| | | |

| 04/29/2002 | 3 | Minute entry as to Douglas Edward Allen : ; Held before Magistrate Judge Charles Bleil Court Reporter: Tape #4874 Deft, AUSA Roper & FPD Curtis present for initial appearance...Deft requests appointed counsel...Financial Affidavit executed...Order Appointing Public Defender entered...Arraignment set 5/8/02 @9:00 a.m...Order of Detention Pending Trial entered...Deft waives Rule 40 hearing...Deft remanded to custody. (1) (geb) (Entered: 04/30/2002) |
|---|---|---|
| 04/29/2002 | | ARREST of Douglas Edward Allen - Appeared on Writ (geb) (Entered: 04/30/2002) |
| 04/29/2002 | | Initial appearance as to Douglas Edward Allen held Arraignment set for 9:00 5/8/02 for Douglas Edward Allen (Defendant informed of rights.) (geb) (Entered: 04/30/2002) |
| 04/29/2002 | | APPEARANCE Through Counsel by Douglas Edward Allen (geb) (Entered: 04/30/2002) |
| 04/29/2002 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Douglas Edward Allen (1) (geb) (Entered: 04/30/2002) |
| 04/29/2002 | 5 | ORDER Appointing Federal Public Defender for Douglas Edward Allen Christopher A Curtis cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 04/30/2002) |
| 04/29/2002 | 6 | MOTION by USA as to Douglas Edward Allen for Pretrial detention (2) (geb) (Entered: 04/30/2002) |
| 04/29/2002 | 7 | ORDER as to Douglas Edward Allen granting [6-1] motion for Pretrial detention as to Douglas Edward Allen (1) cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 04/30/2002) |
| 05/09/2002 | 8 | ORDER as to Douglas Edward Allen set Arraignment for 9:00 5/15/02 for Douglas Edward Allen cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 05/09/2002) |
| 05/15/2002 | 9 | Minute entry as to Douglas Edward Allen : ; Held before Magistrate Judge Charles Bleil Court Reporter: Ana Warren Deft, AUSA O'Connor & FPD Curtis present for arraignment...Deft pleads "Not Guilty"...Jury trial set 7/15/02 @9:30 a.m...Deft remanded to custody. (1) (geb) (Entered: 05/16/2002) |
| 05/15/2002 | | Arraignment as to Douglas Edward Allen held (geb) (Entered: 05/16/2002) |
| 05/15/2002 | | PLEA of Not Guilty by Douglas Edward Allen (1) count(s) 1-2 ; Court accepts plea. (geb) (Entered: 05/16/2002) |
| 05/15/2002 | | Jury trial as to Douglas Edward Allen set at 9:30 7/15/02 for Douglas Edward Allen (geb) (Entered: 05/16/2002) |
| 05/16/2002 | 10 | SCHEDULING ORDER FOR CRIMINAL TRIAL AND PRETRIAL ORDER as to Douglas Edward Allen setting Jury Trial for 1:30 7/15/02 for Douglas Edward Allen ; Pretrial Materials 6/20/02 cc: all Page(s): 11 |

|  |  | ( Signed by Judge Terry R. Means ) (wrb) (Entered: 05/16/2002) |
|---|---|---|
| 06/03/2002 | 11 | Designation of Experts by USA (1pg) (wrb) (Entered: 06/03/2002) |
| 06/26/2002 | 12 | ORDER as to Douglas Edward Allen Rearraignment set for 9:00 7/10/02 for Douglas Edward Allen before Mag Judge Charles Bleil. cc: 6.26.02 Page(s): 1 Signed by Judge Terry R. Means ) (mjw) (Entered: 06/26/2002) |
| 07/10/2002 | 13 | Minute entry as to Douglas Edward Allen : ; Held before Magistrate Judge Charles Bleil Court Reporter: Ana Warren Deft, AUSA O'Connor & FPD Curtis present for rearraignment...Deft pleads "Guilty" to Ct 1...Plea Agreement filed...Factual Resume filed...Deft to be sentenced 10/7/02 @9:30 a.m...Deft remanded to custody. (1) (geb) (Entered: 07/11/2002) |
| 07/10/2002 |  | Rearraignment HELD; PLEA OF GUILTY by Douglas Edward Allen (1) count(s) 1 ;Dft(s) informed of rights; Court Accepts Plea; (geb) (Entered: 07/11/2002) |
| 07/10/2002 | 14 | Consent to Administration of Guilty Plea and Fed. R. Crim. P. 11 Allocution by United States Magistrate Judge/ORDER as to Douglas Edward Allen cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 07/11/2002) |
| 07/10/2002 | 15 | Plea Agreement with Waiver of Appeal as to Douglas Edward Allen (5) (geb) (Entered: 07/11/2002) |
| 07/10/2002 | 16 | Factual Resume as to Douglas Edward Allen (3) (geb) (Entered: 07/11/2002) |
| 07/10/2002 | 17 | Report of Action and Recommendation on Plea before the United States Magistrate Judge/ORDER as to Douglas Edward Allen cc: all Page(s): 2 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 07/11/2002) |
| 07/10/2002 |  | (Court only) **Reset last document number to 17 (geb) (Entered: 07/11/2002) |
| 07/10/2002 |  | Sentencing set for 9:30 10/7/02 for Douglas Edward Allen Douglas Edward Allen (1) count(s) 1 (geb) (Entered: 07/11/2002) |
| 07/11/2002 | 18 | ORDER SETTING SCHEDULE FOR SENTENCING (GUIDELINES SENTENCING) as to Douglas Edward Allen PSI due by noon on 4:30 8/14/02 for Douglas Edward Allen ; Objections to PSI due by noon on 4:30 8/28/02 for Douglas Edward Allen ; PSI Addendum due by 4:30 9/11/02 for Douglas Edward Allen ; Sentencing set for 9:30 10/7/02 for Douglas Edward Allen ; cc: all Page(s): 5 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 07/12/2002) |
| 08/29/2002 | 19 | MOTION by Douglas Edward Allen to seal motion to withdraw (1) (geb) (Entered: 08/30/2002) |
| 08/30/2002 | 20 | MOTION by Douglas Edward Allen to extend time to submit defendant's objections to the Presentence Report (2) (geb) (Entered: 09/03/2002) |

| 09/04/2002 | 21 | ORDER as to Douglas Edward Allen granting [20-1] motion to extend time to submit defendant's objections to the Presentence Report as to Douglas Edward Allen (1) cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 09/04/2002) |
|---|---|---|
| 09/04/2002 | 22 | Government's REPLY as to Douglas Edward Allen Motion to Withdraw Based on Conflict of Interest (2pg) (wrb) (Entered: 09/05/2002) |
| 09/06/2002 | | (Court only) **Terminated attorney Christopher A Curtis for Douglas Edward Allen as to Douglas Edward Allen (wrb) (Entered: 09/09/2002) |
| 09/06/2002 | 26 | CJA 20 as to Douglas Edward Allen : Appointment of Attorney Kenneth W Mullen ; Attorney notified and Appointment Packet mailed. cc: all Page(s): 1 ( Signed by Magistrate Judge Charles Bleil ) (geb) (Entered: 09/09/2002) |
| 09/06/2002 | 23 | No response received to the 1/9/03 "Notice of Procedure to Unseal Documents"; unsealed per LCrR 55.4... MOTION by Douglas Edward Allen to withdraw based on conflict of interest (2 pg) (dld) (Entered: 01/23/2003) |
| 09/06/2002 | 24 | No response received to the 1/9/03 "Notice of Procedure to Unseal Documents"; unsealed per LCrR 55.4... SEALED ORDER as to Douglas Edward Allen granting [23-1] motion to withdraw based on conflict of interest and referring defendant to Magistrate Judge for determination of new court appointed counsel (Terminated FPD Curtis) cc: Page(s): 1 ( Signed by Judge Terry R. Means ) (dld) (Entered: 01/23/2003) |
| 09/06/2002 | 25 | No response received to the 8/23/02 "Notice of Procedure to Unseal Documents"; unsealed per LCrR 55.4... ORDER motion to withdraw be sealed cc: Page(s): 1 ( Signed by Judge Terry R. Means ) (dld) (Entered: 01/23/2003) |
| 09/16/2002 | 27 | ORDER AMENDING SCHEDULE FOR SENTENCING (GUIDELINES SENTENCING) as to Douglas Edward Allen Objections to PSI due by noon on 4:30 9/30/02 for Douglas Edward Allen ; PSI Addendum due by 4:30 10/15/02 for Douglas Edward Allen ; Sentencing set for 9:30 11/4/02 for Douglas Edward Allen ; cc: Page(s): 4 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 09/17/2002) |
| 10/21/2002 | 28 | MOTION with Memorandum in Support by Douglas Edward Allen for Downward Departure pursuant to 18 USC Sec 3553 and USSG Sec 5K2.0 (5pg) (wrb) (Entered: 10/21/2002) |
| 10/21/2002 | 29 | Government's MOTION as to Douglas Edward Allen for Downward Departure Pursuant to USSG Section 5K1.1 (4pg) (wrb) (Entered: 10/22/2002) |
| 10/22/2002 | 30 | Government's RESPONSE by USA as to Douglas Edward Allen re [28-1] motion for Downward Departure pursuant to 18 USC Sec 3553 and USSG Sec 5K2.0 (3pg) (wrb) (Entered: 10/23/2002) |
| 11/04/2002 | 31 | Minute entry as to Douglas Edward Allen : ; Held before Judge Terry R. Means Court Reporter: Ana Warren SENTENCING; AUSA Saleem and |

|  |  | appt atty K. Mullen present; deft committed to BOP 60 months; restitution ordered $1740.00; SR 3 yrs; MSA $100; deft contd. in custody. (wrb) (Entered: 11/04/2002) |
|---|---|---|
| 11/04/2002 |  | Sentencing held Douglas Edward Allen (1) count(s) 1 (wrb) (Entered: 11/04/2002) |
| 11/04/2002 | 32 | NOTICE of Right to Appeal Sentence Imposed After Plea of Guilty as to Douglas Edward Allen (1pg) (wrb) (Entered: 11/04/2002) |
| 11/04/2002 |  | DISMISSAL of Count(s) on Government Motion as to Douglas Edward Allen Terminated motions: (Motion termed: [28-1] motion for Downward Departure pursuant to 18 USC Sec 3553 and USSG Sec 5K2.0 ) as to Douglas Edward Allen (1), (Motion termed: [29-1] motion for Downward Departure Pursuant to USSG Section 5K1.1 ) as to Douglas Edward Allen (1), (Motion termed: [19-1] motion to seal motion to withdraw ) as to Douglas Edward Allen (1) Counts Dismissed: Douglas Edward Allen (1) count(s) 2 (wrb) (Entered: 11/04/2002) |
| 11/04/2002 | 33 | JUDGMENT Douglas Edward Allen (1) count(s) 1. Pled guilty-committed to BOP 60 months ; remaining count dism; MSA $100; SR 3 yrs; court recommends drug treatment; $1740.00 restitution payable to Clerk for disbursement to Bank of America at rate of at least $75 per mo. ( Signed by Judge Terry R. Means ) (wrb) (Entered: 11/05/2002) |
| 11/04/2002 |  | (Court only) **Termination of party Douglas Edward Allen, party USA pending deadlines and pending motions as to Douglas Edward Allen (wrb) (Entered: 11/05/2002) |
| 11/04/2002 |  | (Court only) **Case closed as to all defendants: Douglas Edward Allen (wrb) (Entered: 11/05/2002) |
| 11/05/2002 |  | (Court only) **Address labels only (wrb) (Entered: 11/05/2002) |
| 12/16/2002 | 34 | CJA 20 as to Douglas Edward Allen Authorization to Pay Kenneth Mullen $ 1620.00 Voucher # 021216000044 cc: all Page(s): 1 ( Signed by Judge Terry R. Means ) (wrb) (Entered: 12/17/2002) |
| 01/09/2003 |  | Mailed NOTICE OF PROCEDURE TO UNSEAL DOCUMENTS to FPD, Copy to US Attorney's Office (dld) (Entered: 01/23/2003) |
| 01/23/2003 |  | No response received from attorneys of record to 1/9/03 Notice unsealing documents and per local criminal rule 55.4 sealed documents are unsealed (dld) (Entered: 01/23/2003) |
| 12/15/2003 | ●35 | Requesting For Reconsideration to Adjust Case Number 4:02-cr-051-Y (1) Pursuant to a Nunc Pro Tunc Order, or a USSG Adjustment under 5G1.3(b), or the Court Could Amend Judgment to a Lower Offense Level by 8 Months from 3/22/03 to 11/4/02 as to Douglas Edward Allen : (wrb, ) (Entered: 12/18/2003) |
| 01/07/2004 | ●36 | ORDER DENYING MOTION FOR ORDER NUNC PRO TUNC as to Douglas Edward Allen : (Signed by Judge Terry R Means on 1/7/04) (wrb, ) (Entered: 01/08/2004) |

| 08/25/2004 | ●37 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 4-04-cv-614-Y-1) by Douglas Edward Allen (jmb, ) (Entered: 08/25/2004) |
|---|---|---|
| 09/13/2004 | ●38 | ORDER DISMISSING MOTION UNDER 28 USC 2255 as to Douglas Edward Allen : (civil no 4:04-cv-614-y) (Signed by Judge Terry R Means on 9/13/04) (wrb, ) (Entered: 09/14/2004) |
| 09/13/2004 | ●39 | FINAL JUDGMENT as to Douglas Edward Allen : claims dism w/prej to being re-asserted under 28 USC 2255 (civil no 4:04-cv-614-Y) (Signed by Judge Terry R Means on 09/13/04) (wrb, ) (Entered: 09/14/2004) |
| 09/13/2004 | | (Court only) ***Per 38 Order...Documents terminated as to Douglas Edward Allen: 37 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 4-04-cv-614-Y) filed by Douglas Edward Allen,. (dld, ) (Entered: 09/13/2006) |
| 12/02/2004 | ●40 | TRANSCRIPT of Proceedings as to Douglas Edward Allen held on November 4, 2002 Sentencing Hearing before Judge Terry R Means. Court Reporter: Ana Warren (11 pgs). (csw, ) (Entered: 12/02/2004) |
| 10/17/2005 | ●41 | [unfiled per order of 10/20/05] MOTION to Amend/Clarify 39 Judgment by Douglas Edward Allen (4:04-cv-614 Y) (csw, ) Modified on 10/21/2005 (wrb, ). (Entered: 10/20/2005) |
| 10/20/2005 | ●42 | ORDER Unfiling Pleading as to as to Douglas Edward Allen re 41 MOTION to Amend/Correct 39 Order due to the following deficiency: needs cert of serv, proposed order. (Signed by Judge Terry R Means on 10/20/05) (wrb, ) (Entered: 10/21/2005) |
| 11/14/2005 | ●43 | MOTION to Vacate under 28 U.S.C. 2255 titled Motion to Clarify or Amend Judgment ( Civil Action 4-05-cv-722-Y) by Douglas Edward Allen (jmb, ) (Entered: 11/15/2005) |
| 11/16/2005 | ●44 | ORDER dismissing 43 Successive Motion to Vacate (2255) as to Douglas Edward Allen (1) (Civil No. 4:05-cv-722-Y) (Signed by Judge Terry R Means on 11/16/05) (wrb, ) (Entered: 11/18/2005) |
| 11/16/2005 | ●45 | FINAL JUDGMENT as to Douglas Edward Allen: (Civil No. 4:05-cv-722-Y) (Signed by Judge Terry R Means on 11/16/05) (wrb, ) (Entered: 11/18/2005) |
| 04/24/2008 | ●46 | Unsigned letter from Clerk, Chicago IL requesting certified copy of indictment/judgment/docket sheet as to Douglas Edward Allen (wrb) (Entered: 04/24/2008) |
| 04/24/2008 | ●47 | TRANSFER OF JURISDICTION as to Douglas Edward Allen: this court hereby expressly consents that the period of probation or supervised release be changed to the Northern District of Illinois, Chicago Division, Case# 08cr305, which this transfer is made without further inquiry of this Court, Signed on 3/31/08 by Judge Means ; jurisdiction is accepted and assumed by this Court from and after the entry of this order, Signed on 4/14/08 by Judge James Holderman...Cy to Finan, prob, AUSA, stats, parties (wrb) (Entered: 04/29/2008) |

| 04/29/2008 | 48 | Probation/Supervision Release Jurisdiction Transferred to NDIL-Chicago as to Douglas Edward Allen. Transmitted Transfer of Jurisdiction form with certified copies of indictment, judgment and docket sheet and fin. ledger (wrb) (Entered: 04/29/2008) |

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 17 2002

CLERK, U.S. DISTRICT COURT

By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | NO. _____ |
| | * | |
| DOUGLAS EDWARD ALLEN    (1) | * | **4 0 2 C R    0 5 1 Y** |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 11, 2001, in the Fort Worth Division of the Northern District of Texas, DOUGLAS EDWARD ALLEN, defendant, did intentionally and knowingly by force and intimidation take from the person and presence of another, to wit: Danielle Hence, money belonging to and in the care, custody, control, management and possession of Bank of America, 925 North Collins, Arlington, Texas, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113 (a).

### COUNT 2

On or about December 18, 2001, in the Fort Worth Division of the Northern District of Texas, DOUGLAS EDWARD ALLEN, defendant, did intentionally and knowingly by force and intimidation take from the person and presence of another, to wit: Casey Douglas, money belonging to and in the care, custody, control, management and possession of Fort Worth National Bank, 2229 West Park Row Drive, Pantego, Texas, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113 (a).



Certified a true copy of an instrument
on file in my office on 4/29/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

A TRUE BILL.

RICHARD H. STEPHENS
UNITED STATES ATTORNEY

REED C. O'CONNOR
Assistant United States Attorney
State Bar of Texas Number 15187980
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
Facsimile:   817/978-3094
Phone:   817/252-5200

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

DOUGLAS EDWARD ALLEN   (1)

INDICTMENT

18 U.S.C. § 2113(a)

Bank Robbery

(2 COUNTS)

A True bill,

_____                        Foreman
FORT WORTH

Filed in open court this 17th day of April _____, A.D. 2002

_____ Clerk

UNITED STATES DISTRICT JUDGE / UNITED STATES MAGISTRATE JUDGE

NO WARRANT TO ISSUE

# United States District Court

### NORTHERN DISTRICT OF TEXAS
Fort Worth Division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 4 2002
3:00

CLERK, U.S. DISTRICT COURT
DEPUTY

UNITED STATES OF AMERICA

v.

DOUGLAS EDWARD ALLEN

JUDGMENT IN A CRIMINAL CASE

Case Number: 4:02-CR-051-Y (1)
Aisha Saleem, Assistant U.S. Attorney
Kenneth Mullen, Attorney for Defendant

On July 10, 2002, the defendant, Douglas Edward Allen, entered a plea of guilty to count 1 of the two-count Indictment filed on April 17, 2002. Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery, a Class C Felony | December 11, 2001 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining count of the two-count Indictment is dismissed on the motion of the United States as to this defendant only.

It is ordered that the defendant pay a special assessment of $100 for count 1 of the two-count Indictment, which shall be due immediately.

It is further ordered that the defendant notify the United States Attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 4, 2002
Date of Imposition of Sentence

TERRY R. MEANS
U.S. DISTRICT JUDGE

SIGNED November 4, 2002

Certified a true copy of an instrument
on file in my office on 4/29/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ W Bayne _____ Deputy

33

11-5-02

Judgment in a Criminal Case
Defendant:  Douglas Edward Allen                                        Judgment -- Page 2 of 3
Case Number:  4:02-CR-051-Y (1)

## IMPRISONMENT

The defendant, Douglas Edward Allen, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months on count 1 of the two-count Indictment.

The Court recommends that the defendant be placed in the Comprehensive Drug Treatment Program, if qualified.

The defendant is remanded to the custody of the United States Marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on count 1 of the two-count Indictment.

While on supervised release, in compliance with the standard conditions of supervision adopted by this Court, the defendant shall:

( 1)  not leave the judicial district without the permission of the Court or probation officer;
( 2)  report to the probation officer as directed by the Court or probation officer and submit a truthful and complete written report within the first five (5) days of each month;
( 3)  answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
( 4)  support the defendant's dependents and meet other family responsibilities;
( 5)  work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
( 6)  notify the probation officer within seventy-two (72) hours of any change in residence or employment;
( 7)  refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
( 8)  not frequent places where controlled substances are illegally sold, used, distributed, or administered;
( 9)  not associate with any persons engaged in criminal activity and  not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(10)  permit a probation officer to visit the defendant at any time at home or elsewhere and  permit confiscation of any contraband observed in plain view by the probation officer;
(11)  notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
(12)  not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
(13)  notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement, as directed by the probation officer.

In addition the defendant shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons;

Judgment in a Criminal Case
Defendant:   Douglas Edward Allen                                      Judgment -- Page 3 of 3
Case Number:  4:02-CR-051-Y (1)

pay any remaining balance of restitution in the amount of $1,740;

refrain from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Officer;

provide to the U.S. Probation Officer any requested financial information;

participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance abuse, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment;

make all court-ordered child support payments on a timely basis, producing proof of payment to the probation officer within the first 5 days of each month, whether as a part of a written report required by his probation officer or otherwise;

refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer; and,

notify the probation officer at least 10 days prior to any change of residence, standard condition no. 6 being applicable only to changes in employment.

# FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration and make restitution.

The defendant is ordered to make restitution in the amount of $1,740. Restitution shall be paid to the U.S. District Clerk, 501 West 10th Street, Room 310, Fort Worth, Texas 76102, for disbursement to Bank of America. If, upon commencement of the term of supervised release, any part of the $1,740 in restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $75 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution is paid in full.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States Marshal

BY  _____
    Deputy Marshal

04/29/2008 11:09 AM EST

Version 7.0.1  Page 1 of 2

# U.S. Courts
## Case Inquiry Report

**Case Number** DTXN402CR000051   **Case Title** USA VS ALLEN, DOUGLAS EDWARD

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | DOUGLAS EDWARD ALLEN | SPECIAL PENALTY ASSESS | 100.00 | 100.00 | 0.00 |
| 001 | DOUGLAS EDWARD ALLEN | VICTIM RESTITUTION | 1,740.00 | 200.00 | 1,540.00 |
| | | | 1,840.00 | 300.00 | 1,540.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|
| CONV022379 | BANK OF AMERICA | | 1,740.00 | 200.00 | 1,540.00 |
| | | | 1,740.00 | 200.00 | 1,540.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CK 2210 DTXN402CR000051-001 | 04/18/2006 1 | | 04/30/2006 | SPECIAL PENALTY ASSESS | PR | | 100.00 | | DOUGLAS EDWARD ALLEN | O | 99 | 504100 |
| CK 2210 DTXN402CR000051-001 | 04/18/2006 2 | | 04/30/2006 | VICTIM RESTITUTION | PR | | 100.00 | | DOUGLAS EDWARD ALLEN | O | 99 | 6855XX |
| PK 3403 DTXN402CR000051-001 | 04/30/2006 2 | | 04/28/2006 | VICTIM RESTITUTION | PR | 1 | 50.00 | | BANK OF AMERICA | O | 99 | 6855XX |
| CT B060206DTXN402CR000051-001 | 2 | | 07/05/2006 | VICTIM RESTITUTION | PR | | 25.00 | | DOUGLAS EDWARD ALLEN | O | OP2 | 6855XX |
| CT B090606DTXN402CR000051-001 | 2 | | 10/02/2006 | VICTIM RESTITUTION | PR | | 25.00 | | DOUGLAS EDWARD ALLEN | O | OP2 | 6855XX |
| CT B121106DTXN402CR000051-001 | 2 | | 01/03/2007 | VICTIM RESTITUTION | PR | | 25.00 | | DOUGLAS EDWARD ALLEN | O | OP2 | 6855XX |
| CT B030907DTXN402CR000051-001 | 2 | | 04/02/2007 | VICTIM RESTITUTION | PR | | 25.00 | | DOUGLAS EDWARD ALLEN | O | OP2 | 6855XX |
| PT 0746770251 4 DTXN402CR000051-001 | 06/05/2007 2 | | 06/06/2007 | VICTIM RESTITUTION | PR | 1 | 125.00 | | BANK OF AMERICA | O | 03 | 6855XX |
| PT 0846770042 3 DTXN402CR000051-001 | 10/04/2007 2 | | 10/04/2007 | VICTIM RESTITUTION | PR | 1 | 25.00 | | BANK OF AMERICA | O | 03 | 6855XX |

Version 7.0.1   Page 2   of  2

04/29/2008 11:09 AM EST

U.S. Courts
Case Inquiry Report

* Document Type Legend

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |
| PK | Payment Authorization - CCA Conversion |
| PT | Payment Authorization - CCA Automated |